IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

ALLEN LAMONT JAMES,

       Petitioner,

       1:10-cv-00202-CL

  v.        **ORDER**

DON MILLS,

       Respondent.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#56), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#56). The Petition (#2) is DENIED. All pending motions are DENIED as moot. No certificate of appealability shall issue as petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this __15__ day of April, 2015.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

ALLEN LAMONT JAMES,

        Petitioner,

    v.

DON MILLS,

        Respondent.

1:10-cv-00202-CL

**JUDGMENT**

**PANNER, District Judge:**

    For the reasons stated in the Court's Order adopting the Findings and Recommendations of Hon. Magistrate Judge Clarke (#56), the Petition (#2) is DENIED.

    IT IS SO ORDERED.

    DATED this __15__ day of April, 2015.

                                      OWEN M. PANNER
                                      U.S. DISTRICT JUDGE

1 - ORDER